**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Donna Gray, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:17-cv-11258-RGS |
| | : |
| National Grid USA Service Company, Inc., | : |
| | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 5, 2018

                                                Respectfully submitted,

                                                PLAINTIFF, Donna Gray

                                                */s/ Sergei Lemberg*

                                                Sergei Lemberg, Esq.
                                                B.B.O. No.: 650671
                                                **LEMBERG LAW, L.L.C.**
                                                43 Danbury Road, 3rd Floor
                                                Wilton, CT 06897
                                                Telephone: (203) 653-2250
                                                Facsimile: (203) 653-3424
                                                slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By */s/ Sergei Lemberg*
                                            Sergei Lemberg, Esq.