UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 17-cv-11258-RGS

Donna Gray
Plaintiff

v.

National Grid USA Service Company, Inc.
Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

By the Court,

 /s/ Stephanie Caruso
Deputy Clerk

January 5, 2018

To: All Counsel